IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| SCIENCE APPLICATIONS INTERNATIONAL CORP., | |
| Plaintiff, | Case No. 17-cv-00825 |
| v. | |
| THE UNITED STATES OF AMERICA, | Chief Judge Eleni M. Roumel |
| Defendant, | |
| MICROSOFT CORPORATION, | |
| Defendant-Intervenor, | |
| and | |
| L3 TECHNOLOGIES, INC., | |
| Third Party Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order, dated December 1, 2020 (D.I. 154), Plaintiff Science Applications International Corp. ("SAIC"), Defendant the United States of America ("Government"), Defendant-Intervenor Microsoft Corp. ("Microsoft"), and Third-Party Defendant L3 Technologies, Inc. ("L3") submit the following Joint Status Report.

**I.     The Parties' Efforts to Narrow the Terms in Dispute**

Following the December 1, 2020, Pre-*Markman* Status Conference, the parties exchanged communications and met and conferred on Friday, December 4, 2020, in an effort to narrow the number of terms in dispute for the *Markman* hearing. The parties are pleased to report that they have come to an agreement.

1

The parties agree that the following five terms should be given their plain and ordinary meaning and that no construction is necessary:

1. video camera
2. video source
3. external environment
4. twist rotation
5. orientation

In reaching this agreement, the parties agree that they (i) do not adopt any opposing party's previously proposed constructions or reasoning and (ii) will not use this agreement to later argue that a previously proposed construction does not reflect the plain and ordinary meaning of the term.

## II.     Attendees for the December 15, 2020 Markman Hearing

The parties identify the following individuals who will attend the December 15, 2020 *Markman* hearing.

For SAIC:

- Stephen Smith (in person, active participant)
- DeAnna Allen (in person, active participant)
- Goutam Patnaik (in person)
- Gwendolyn Tawresey (remote)
- Stephen Crenshaw (remote)[1]
- Samantha Garner, SAIC in-house counsel (in person if possible, otherwise remote)

---

[1] Other Cooley associates, including Mark Zambarda, Alissa Wood, and Beth Shrieves, intend to dial in to listen to the hearing as part of Cooley's "shadow" training program.

- John Clarke, SAIC in-house counsel (remote)

For the Government:

- Alex Hanna (in person, active participant)
- Scott Bolden (remote)[2]

For Microsoft:

- Thomas Halkowski (in person, active participant)
- Ahmed Davis (in person)
- Mark Taylor, Microsoft in-house counsel (remote)

For L3:

- William Bergmann (in person, active participant)
- Michael Anderson (in person, active participant)
- Mitch Evander, L3 in-house counsel (remote)
- Eric Spencer, L3 in-house counsel (remote)
- Stacey Burton, L3 in-house counsel (remote)

---

[2] Department of Justice Honors Program attorneys, David Pace and Rachel Hicks, plan to attend remotely for purposes of new attorney training.

Dated  December 10, 2020

Respectfully submitted,

SCIENCE APPLICATIONS INTERNATIONAL CORP.

By its attorneys,

*/s/ Stephen R. Smith*
Stephen R. Smith (Attorney of Record)
DeAnna D. Allen (Of Counsel)
Erin M. Estevez (Of Counsel)
Stephen C. Crenshaw (Of Counsel)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
stephen.smith@cooley.com
dallen@cooley.com
eestevez@cooley.com
screnshaw@cooley.com

Douglas P. Lobel (Of Counsel)
COOLEY LLP
11951 Freedom Drive
Reston, VA 20190-5656
Tel: (703) 456-8000
Fax: (703) 456-8100
dlobel@cooley.com

Goutam Patnaik
Gwendolyn Tawresey
Troutman Pepper Hamilton Sanders LLP
2000 K Street, N.W., Suite 600
Washington, DC 20006
(202) 220-1237
Fax: (202) 220-1665
Email: goutam.patnaik@troutman.com
Email: gwendolyn.tawresey@troutman.com

*Counsel for Plaintiff*
*Science Applications International Corp.*

|  |  |
|---|---|
|  | JENNIFER DICKEY<br>Principal Deputy Assistant Attorney General |
|  | GARY L. HAUSKEN<br>Director |
| Of Counsel:<br>SCOTT BOLDEN<br>Department of Justice | /s/ Alex Hanna<br>ALEX HANNA<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>Washington, DC 20530<br>Email: Alex.Hanna@USDOJ.gov<br>Telephone: (202) 307-0343<br>Facsimile: (202) 307-0345 |

*COUNSEL FOR DEFENDANT THE UNITED STATES OF AMERICA*


/s/ Thomas L. Halkowski
Thomas L. Halkowski (Attorney of Record)
halkowski@fr.com

Ahmed J. Davis (Of Counsel)
adavis@fr.com
W. Freeman, Jr. (Of Counsel)
kfreeman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070

Proshanto Mukherji (Of Counsel)
mukherji@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive, Boston, MA 02210-1878
Telephone: (617) 542-5070

*Counsel for Defendant-Intervenor Microsoft Corporation*

| | |
|---|---|
| *Of Counsel* <br> MICHAEL ANDERSON <br> CASSANDRA SIMMONS <br><br> Baker & Hostetler LLP <br> Washington Square, Suite 1100 <br> 1050 Connecticut Avenue, NW <br> Washington, DC 20036-5304 <br> Telephone: (202) 861-1549 <br> Facsimile: (202) 861-1783 <br> manderson@bakerlaw.com <br> csimmons@bakerlaw.com | /s/ *William C. Bergman* <br> WILLIAM C. BERGMANN <br> Baker & Hostetler LLP <br> Washington Square, Suite 1100 <br> 1050 Connecticut Avenue, NW <br> Washington, DC 20036-5304 <br> Telephone: (202) 861-1549 <br> Facsimile: (202) 861-1783 <br> wbergmann@bakerlaw.com <br><br> *Attorney for L3 Technologies, Inc.* |